JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*JPadilla@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Aries Lucas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARIES LUCAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VRC COMPANIES, LLC, a Delaware limited liability company; VITAL HOLDINGS, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No.: 2:26-cv-01641-CDS-DJA<br><br>**Stipulation and Order to Continue Early Neutral Evaluation**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between Plaintiff Aries Lucas, through her counsel of Greenberg Gross LLP, and Defendants VRC Companies LLC and Vital Holdings, LLC, by and through their counsel of Buchalter LLP and Fisher & Phillips LLP, that the Early Neutral Evaluation currently scheduled for October 29, 2026, be vacated and continued to October 22, 2026, or such other date as the Court deems appropriate. This Stipulation is submitted and based upon the following:

1. This case was assigned to the Early Neutral Evaluation Program under Local Rule 16-6, with Magistrate Judge Maximiliano D. Couvillier, III designated as the evaluating judge.

2. Plaintiff's counsel has a scheduling conflict on the current ENE date, as he is set to

appear before the Hon. Elayna J. Youchah for a separate ENE proceeding on October 29, 2026, that was scheduled prior to the ENE in this case.

3. Counsel for Defendants are located in Nashville, Tennessee and will be in Las Vegas, Nevada to conduct Plaintiff's deposition on October 21, 2026.

3. The parties have conferred and confirm that all counsel and parties will not be prejudiced by a continuance of the ENE to October 22, 2026, and would enable all counsel to appear in-person at the ENE.

4. The parties respectfully request that the ENE be continued to October 22, 2026, or to a date convenient for the evaluating judge.

DATED September 30, 2026.

**GREENBERG GROSS LLP**

*/s/ Coco Padilla*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

**BUCHALTER LLP**

*/s/ Daniel Crowell*
DANIEL CROWELL
*Admitted Pro Hac Vice*
1 Music Circle South, Suite 300
Nashville, TN 37203

DAVID B. DORNAK
Nevada Bar No. 6274
**FISHER &PHILLIPS LLP**
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

*Attorneys for Defendants*

ORDER

IT IS SO ORDERED: The Court is unavailable on the parties' proposed date. The ENE is continued to November 6, 2026 at 9:00am. The entire ENE will now be conducted via Zoom. The Court will provide the Zoom link once the parties submit their confidential statements. The rest of the Court's prior Order (ECF No. 18) remains in full force.

UNITED STATES MAGISTRATE JUDGE

DATED: 10-2-26